CHARLES REMSEN et al., as Executors of WILLIAM REMSEN, Deceased, et al., Respondents, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

Reported below, 9 App. Div. 533.
(Argued May 3, 1897; decided May 11, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, rendered in November, 1896, which modified and, as modified, affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the record discloses a unanimous decision of the Appellate Division that there is evidence supporting the findings of fact; and that the exceptions herein are trifling and frivolous.

*W. G. Peckham* for motion.

*Julien T. Davies* and *Brainard Tolles* opposed.

Motion denied, with ten dollars costs.

---

CHARLES TULLAR, Respondent, *v.* THE SILVER METAL MANUFACTURING COMPANY, Appellant.

*Tullar* v. *Silver Metal M. Co.*, 15 App. Div. 628, appeal dismissed.
(Argued May 3, 1897; decided May 11, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 2, 1897, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

The motion was made upon the ground that the action was to recover damages for a personal injury and that the decision of the Appellate Division was unanimous.

*D. P. Morehouse* for motion.

*S. M. Coon* opposed.

Motion granted and appeal dismissed, with costs.